JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814
Telephone:   916.329.4908
Facsimile:    916.329.4900

Attorney for Defendant
Zillow Group Inc.

RACHEL E. KAUFMAN (STATE BAR NO. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: 305.469.5881

Attorney for Plaintiff
Richard Tuso

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TUSO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP INC. a Washington registered corporation,<br><br>Defendant. | Case No. 2:23-cv-00949-DJC-AC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed: May 22, 2023<br><br>Trial Date: None Set |

Plaintiff Richard Tuso ("Plaintiff") and Zillow Group Inc. ("Defendant") hereby submit this Stipulation for Extension of Time for Defendants to Respond to Plaintiff's Class Action Complaint. The Parties hereby stipulate as follows:

1. On May 22, 2023, Plaintiff filed his Class Action Complaint in the above-captioned action against Defendant in the Eastern District of California.

2. Upon joint stipulation from the Parties, ECF No. 6, on July 24, 2023, this Court extended Defendant's deadline to respond to the Class Action Complaint and stayed all discovery in this matter up to and including September 22, 2023. *See* ECF. No. 7.

3. The parties have conferred and stipulate and agree to an extension of the deadline for Defendant to respond to the Class Action Complaint and for a temporary stay of all discovery

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION EXTENSION OF TIME TO
RESPOND TO THE COMPLAINT
2:23-CV-00949-DJC-AC

up to and including Defendant's proposed deadline to respond to the Class Action Complaint so that the parties may continue to evaluate and consider potential resolution of this matter without further court intervention.

IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY REQUESTED by the parties that the Court extend the deadlines as follows and stay all discovery in this matter up to and including November 21, 2023:

|  | **Current Deadline:** | **Proposed Deadline:** |
|---|---|---|
| Deadline to respond to Class Action Complaint | 09/22/2023 | 11/21/2023 |

Dated: September 13, 2023

JULIE A. TOTTEN
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Julie A. Totten*
JULIE A. TOTTEN
Attorneys for Defendant
Zillow Group Inc.

Dated: September 13, 2023

RACHEL E. KAUFMAN
KAUFMAN P.A.


By: */s/ Rachel E. Kaufman (*Signed by Julie A. Totten with the permission of Rachel E. Kaufman)
RACHEL E. KAUFMAN
Attorneys for Plaintiff
Richard Tuso

## **ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: September 13, 2023    By: */s/ Julie A. Totten*
                                                                              Julie A. Totten

## **ORDER**

IT IS HEREBY ORDERED that:

1. The following deadlines are amended as follows and all discovery is stayed up to and including November 21, 2023:

|  |  |
|---|---|
| Deadline to respond to Class Action Complaint | 11/21/2023 |

Dated: 09/14/2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE