1  JULIE A. TOTTEN (STATE BAR NO. 166470)  RACHEL E. KAUFMAN (STATE BAR
   jatotten@orrick.com                      NO. 259353)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP       rachel@kaufmanpa.com
   400 Capitol Mall                         KAUFMAN P.A.
3  Suite 3000                               237 South Dixie Highway, 4th Floor
   Sacramento, CA 95814                     Coral Gables, Florida 33133
4  Telephone:    916.329.4908               Telephone: 305.469.5881
   Facsimile:    916.329.4900
5                                           Attorney for Plaintiff
   Attorney for Defendant                   Richard Tuso
6  Zillow Group Inc.

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  **RICHARD TUSO**, individually and on behalf    Case No. 2:23-cv-00949-DJC-AC
    of all others similarly situated,
12                                                  **STIPULATION FOR EXTENSION OF
            Plaintiff,                              TIME TO RESPOND TO COMPLAINT**
13
       v.                                           Action Filed: May 22, 2023
14
    **ZILLOW GROUP INC.** a Washington              Trial Date: None Set
15  registered corporation,

16          Defendant.

17

18        Plaintiff Richard Tuso ("Plaintiff") and Zillow Group Inc. ("Defendant") hereby submit

19  this Stipulation for Extension of Time for Defendants to Respond to Plaintiff's Class Action

20  Complaint.  The Parties hereby stipulate as follows:

21        1.      On May 22, 2023, Plaintiff filed his Class Action Complaint in the above-

22  captioned action against Defendant in the Eastern District of California.

23        2.      Upon joint stipulation from the Parties, ECF Nos. 6, 8, on July 24 and September

24  14, 2023, this Court extended Defendant's deadline to respond to the Class Action Complaint and

25  stayed all discovery in this matter up to and including November 21, 2023.  *See* ECF. Nos. 7, 9.

26        3.      The parties have conferred and stipulate and agree that good cause exists for a

27  forty-five (45) day extension of the deadline for Defendant to respond to the Class Action

28

ORRICK, HERRINGTON &                                STIPULATION EXTENSION OF TIME TO
SUTCLIFFE LLP                                       RESPOND TO THE COMPLAINT
ATTORNEYS AT LAW                                    2:23-CV-00949-DJC-AC
SACRAMENTO

Complaint and for a temporary stay of all discovery up to and including Defendant's proposed deadline to respond to the Class Action Complaint so that the parties may continue to evaluate and consider potential resolution of this matter without further court intervention and in light of the unique scheduling demands posed by the intervening holiday season.

IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY REQUESTED by the parties that the Court extend the deadlines as follows and stay all discovery in this matter up to and including January 5, 2024:

|  | **Current Deadline:** | **Proposed Deadline:** |
| --- | --- | --- |
| Deadline to respond to Class Action Complaint | 11/21/2023 | 1/5/2024 |

Dated: November 16, 2023

JULIE A. TOTTEN
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Julie A. Totten*
JULIE A. TOTTEN
Attorneys for Defendant
Zillow Group Inc.

Dated: November 16, 2023

RACHEL E. KAUFMAN
KAUFMAN P.A.


By: */s/ Rachel E. Kaufman (*Signed by Julie A. Totten with the permission of Rachel E. Kaufman)
RACHEL E. KAUFMAN
Attorneys for Plaintiff
Richard Tuso

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SACRAMENTO

- 2 -

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO THE COMPLAINT
2:23-CV-00949-DJC-AC

## **ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  November 16, 2023                              By: */s/ Julie A. Totten*
                                                                    Julie A. Totten

Orrick, Herrington &
Sutcliffe LLP
Attorneys at Law
Sacramento

- 3 -

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO THE COMPLAINT
2:23-cv-00949-DJC-AC

1

## **ORDER**

2

    IT IS HEREBY ORDERED that:

3

4

    1.  The following deadlines are amended as follows and all discovery is stayed up to and

5

including January 5, 2024:

6

| Deadline to respond to Class Action Complaint | 1/5/2024 |
|---|---|

7

8

9

Dated:  November 16, 2023          /s/ Daniel J. Calabretta

10

                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Orrick, Herrington &
Sutcliffe LLP
Attorneys at Law
Sacramento

- 4 -

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO THE COMPLAINT
2:23-cv-00949-DJC-AC