| | |
|---|---|
| JULIE A. TOTTEN (STATE BAR NO. 166470)<br>jatotten@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall<br>Suite 3000<br>Sacramento, CA 95814<br>Telephone:    916.329.4908<br>Facsimile:    916.329.4900<br><br>Attorney for Defendant<br>Zillow Group Inc. | RACHEL E. KAUFMAN (STATE BAR NO. 259353)<br>rachel@kaufmanpa.com<br>KAUFMAN P.A.<br>237 South Dixie Highway, 4th Floor<br>Coral Gables, Florida 33133<br>Telephone: 305.469.5881<br><br>Attorney for Plaintiff<br>Richard Tuso |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD TUSO**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ZILLOW GROUP INC.** a Washington registered corporation,<br><br>Defendant. | Case No. 2:23-cv-00949-DJC-AC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed: May 22, 2023<br><br>Trial Date: None Set |

Plaintiff Richard Tuso ("Plaintiff") and Zillow Group Inc. ("Defendant") hereby submit this Stipulation for Extension of Time for Defendants to Respond to Plaintiff's Class Action Complaint. The Parties hereby stipulate as follows:

1. On May 22, 2023, Plaintiff filed his Class Action Complaint in the above-captioned action against Defendant in the Eastern District of California.

2. Upon joint stipulation from the Parties, ECF Nos. 6, 8, 10, on July 24, September 14, and November 17, 2023, this Court extended Defendant's deadline to respond to the Class Action Complaint and stayed all discovery in this matter up to and including January 5, 2024. *See* ECF. Nos. 7, 9, 11.

3. The parties have conferred and stipulate and agree that good cause exists for a

thirty (30) day extension of the deadline for Defendant to respond to the Class Action Complaint and for a temporary stay of all discovery up to and including Defendant's proposed deadline to respond to the Class Action Complaint so that the parties may continue to evaluate and consider potential resolution of this matter without further court intervention and in light of the unique scheduling demands posed by the intervening holiday season.

IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY REQUESTED by the parties that the Court extend the deadlines as follows and stay all discovery in this matter up to and including February 5, 2024:

|  | **Current Deadline:** | **Proposed Deadline:** |
|---|---|---|
| Deadline to respond to Class Action Complaint | 1/5/2024 | 2/5/2024 |

Dated: December 21, 2023            JULIE A. TOTTEN
                                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                    By: */s/ Julie A. Totten*
                                    JULIE A. TOTTEN
                                    Attorneys for Defendant
                                    Zillow Group Inc.

Dated: December 21, 2023            RACHEL E. KAUFMAN
                                    KAUFMAN P.A.


                                    By: */s/ Rachel E. Kaufman (*Signed by Julie A. Totten with the permission of Rachel E. Kaufman)
                                    RACHEL E. KAUFMAN
                                    Attorneys for Plaintiff
                                    Richard Tuso

## ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  December 21, 2023        By: */s/ Julie A. Totten*
                                     Julie A. Totten

# **ORDER**

IT IS HEREBY ORDERED that:

1. The following deadlines are amended as follows and all discovery is stayed up to and including February 5, 2024:

|  |  |
|---|---|
| Deadline to respond to Class Action Complaint | 2/5/2024 |

DATED this 21st day of December, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE