

United States District Court
Eastern District of California

| Richard Tuso | Case Number: 2:23-cv-00949-DJC-AC |

Plaintiff(s)

V.

| Zillow Group Inc. | APPLICATION FOR PRO HAC VICE AND ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Aravind Swaminathan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Zillow Group Inc.

On 07/21/2003 (date), I was admitted to practice and presently in good standing in the State of Washington (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/29/2024      Signature of Applicant: /s/ Aravind Swaminathan

U.S. District Court –  Pro Hac Vice Application and Order
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Aravind Swaminathan |
| Law Firm Name: | Orrick, Herrington & Sutcliffe LLP |
| Address: | 401 Union Street |
| | Suite 3300 |
| City: | Seattle     State: WA   Zip: 98101 |
| Phone Number w/Area Code: | (206) 839-4340 |
| City and State of Residence: | Seattle, Washington 98101 |
| Primary E-mail Address: | aswaminathan@orrick.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Julie A. Totten |
| Law Firm Name: | Orrick, Herrington & Sutcliffe LLP |
| Address: | 400 Capital Mall |
| | Suite 3000 |
| City: | Sacramento    State: CA   Zip: 95814 |
| Phone Number w/Area Code: | (916) 329-4908    Bar # 166470 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 29, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE