JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814
Telephone:      916.329.4908
Facsimile:      916.329.4900

ARAVIND SWAMINATHAN (*pro hac vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street
Suite 3300
Seattle, WA 98101
Telephone:      206.839.4340
Facsimile:      206.839.4301

Attorneys for Defendant
Zillow Group Inc.

RACHEL E. KAUFMAN (STATE BAR
NO. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: 305.469.5881

Attorney for Plaintiff
Richard Tuso

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **RICHARD TUSO**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ZILLOW GROUP INC.** a Washington registered corporation,<br><br>Defendant. | Case No. 2:23-cv-00949-DJC-AC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br>Action Filed: May 22, 2023<br><br>Trial Date: None Set |

Plaintiff Richard Tuso ("Plaintiff") and Zillow Group Inc. ("Defendant") hereby submit this Stipulation for Extension of Time for Defendants to Respond to Plaintiff's Class Action Complaint.  The Parties hereby stipulate as follows:

1.      On May 22, 2023, Plaintiff filed his Class Action Complaint in the above-captioned action against Defendant in the Eastern District of California.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION EXTENSION OF TIME TO
RESPOND TO THE COMPLAINT
2:23-CV-00949-DJC-AC

2.      Upon joint stipulation from the Parties, ECF Nos. 6, 8, 10, 12, on July 24, September 14, November 17, and December 21, 2023, this Court extended Defendant's deadline to respond to the Class Action Complaint and stayed all discovery in this matter up to and including February 5, 2024.  *See* ECF. Nos. 7, 9, 11, 11.

3.      The parties have conferred and stipulate and agree that good cause exists for a thirty (30) day extension of the deadline for Defendant to respond to the Class Action Complaint so that the parties may continue to consider and negotiate potential resolution of this matter without further court intervention.

IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY REQUESTED by the parties that the Court extend the deadlines as follows:

|  | **Current Deadline:** | **Proposed Deadline:** |
|---|---|---|
| Deadline to respond to Class Action Complaint | 2/5/2024 | 3/6/2024 |

Dated: February 1, 2024                         JULIE A. TOTTEN
                                                ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Julie A. Totten*
                                                JULIE A. TOTTEN
                                                ARAVIND SWAMINATHAN
                                                Attorneys for Defendant
                                                Zillow Group Inc.

Dated: February 1, 2024                         RACHEL E. KAUFMAN
                                                KAUFMAN P.A.


By: */s/ Rachel E. Kaufman (*Signed by Julie A. Totten with the permission of Rachel E. Kaufman)
                                                RACHEL E. KAUFMAN
                                                Attorneys for Plaintiff
                                                Richard Tuso

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SACRAMENTO

- 2 -                     STIPULATION FOR EXTENSION OF TIME TO
                          RESPOND TO THE COMPLAINT
                          2:23-cv-00949-DJC-AC

1

## __ATTESTATION__

2

3       I hereby attest that concurrence in the filing of this document has been obtained from each

of the other signatories hereto.

4

Dated:  February 1, 2024                    By: _/s/ Julie A. Totten_____

5                                                   Julie A. Totten

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SACRAMENTO

- 3 -

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO THE COMPLAINT
2:23-CV-00949-DJC-AC

1

## **ORDER**

2          IT IS HEREBY ORDERED that:

3

4          1.  The following deadlines are amended as follows:

5

| Deadline to respond to Class Action Complaint | 3/6/2024 |
|---|---|

6

7  Dated:  February 1, 2024                    /s/ Daniel J. Calabretta

8                                              THE HONORABLE DANIEL J. CALABRETTA

9                                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SACRAMENTO

- 4 -

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO THE COMPLAINT
2:23-CV-00949-DJC-AC