| | |
|---|---|
| JULIE A. TOTTEN (STATE BAR NO. 166470)<br>jatotten@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall<br>Suite 3000<br>Sacramento, CA 95814<br>Telephone:   916.329.4908<br>Facsimile:    916.329.4900<br><br>ARAVIND SWAMINATHAN (*pro hac vice*)<br>aswaminathan@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>401 Union Street<br>Suite 3300<br>Seattle, WA 98101<br>Telephone:   206.839.4340<br>Facsimile:    206.839.4301<br><br>Attorneys for Defendant<br>Zillow Group Inc. | RACHEL E. KAUFMAN (STATE BAR NO. 259353)<br>rachel@kaufmanpa.com<br>KAUFMAN P.A.<br>237 South Dixie Highway, 4th Floor<br>Coral Gables, Florida 33133<br>Telephone: 305.469.5881<br><br>Attorney for Plaintiff<br>Richard Tuso |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD TUSO**, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>**ZILLOW GROUP INC.** a Washington registered corporation,<br><br>                    Defendant. | Case No. 2:23-cv-00949-DJC-AC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br>Action Filed: May 22, 2023<br><br>Trial Date: None Set |

Plaintiff Richard Tuso ("Plaintiff") and Zillow Group Inc. ("Defendant") hereby submit this Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Class Action Complaint. The Parties hereby stipulate as follows:

1. On May 22, 2023, Plaintiff filed his Class Action Complaint in the above-captioned action against Defendant in the Eastern District of California.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION EXTENSION OF TIME TO
RESPOND TO THE COMPLAINT
2:23-CV-00949-DJC-AC

2. Upon joint stipulation from the Parties, ECF Nos. 6, 8, 10, 12, 16, 21, on July 24, September 14, November 17, and December 21, 2023, and February 2, and March 6, 2024, this Court extended Defendant's deadline to respond to the Class Action Complaint in this matter up to and including March 20, 2024. *See* ECF. Nos. 7, 9, 11, 13, 17, 22.

3. The Parties have conferred and stipulate and agree that good cause exists for a thirty (30) day extension of the deadline for Defendant to respond to the Class Action Complaint so that the Parties may finalize the terms of the agreement that was reached in principle to resolve this matter without further court intervention.

IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY REQUESTED by the Parties that the Court extend the deadlines as follows:

|  | **Current Deadline:** | **Proposed Deadline:** |
|---|---|---|
| Deadline to respond to Class Action Complaint | 3/20/2024 | 4/19/2024 |

Dated: March 18, 2024

JULIE A. TOTTEN
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Julie A. Totten*
JULIE A. TOTTEN
ARAVIND SWAMINATHAN
Attorneys for Defendant
Zillow Group Inc.

Dated: March 18, 2024

RACHEL E. KAUFMAN
KAUFMAN P.A.

By: */s/ Rachel E. Kaufman (*signed by Julie A. Totten with the permission of Rachel E. Kaufman)
RACHEL E. KAUFMAN
Attorneys for Plaintiff
Richard Tuso

## ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: March 18, 2024            By: */s/ Julie A. Totten*
                                                              Julie A. Totten

# **ORDER**

IT IS HEREBY ORDERED that:

1. The following deadlines are amended as follows:

| Deadline to respond to Class Action Complaint: | 4/19/2024 |
|---|---|

DATED this 18th day of March, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE