JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814
Telephone:   916.329.4908
Facsimile:   916.329.4900

ARAVIND SWAMINATHAN (*pro hac vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street
Suite 3300
Seattle, WA 98101
Telephone:   206.839.4340
Facsimile:   206.839.4301

Attorneys for Defendant
Zillow Group Inc.

RACHEL E. KAUFMAN (STATE BAR NO. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: 305.469.5881

Attorney for Plaintiff
Richard Tuso

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD TUSO**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ZILLOW GROUP INC.** a Washington registered corporation,<br><br>Defendant. | Case No. 2:23-cv-00949-DJC-AC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br>Action Filed: May 22, 2023<br><br>Trial Date: None Set |

Plaintiff Richard Tuso ("Plaintiff") and Zillow Group Inc. ("Defendant") hereby submit this Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Class Action Complaint. The Parties hereby stipulate as follows:

1. On May 22, 2023, Plaintiff filed his Class Action Complaint in the above-captioned action against Defendant in the Eastern District of California.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION EXTENSION OF TIME TO
RESPOND TO THE COMPLAINT
2:23-CV-00949-DJC-AC

2. Upon joint stipulation from the Parties, ECF Nos. 6, 8, 10, 12, 16, 21, 23 on July 24, September 14, November 17, and December 21, 2023, and February 2, March 6, and March 19, 2024, this Court extended Defendant's deadline to respond to the Class Action Complaint in this matter up to and including April 19, 2024.  *See* ECF. Nos. 7, 9, 11, 13, 17, 22, 24.

3. The Parties have conferred and stipulate and agree that good cause exists for a fourteen (14) day extension of the deadline for Defendant to respond to the Class Action Complaint so that the Parties may finalize the terms and execute their settlement agreement to resolve this matter without further court intervention.

IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY REQUESTED by the Parties that the Court extend the deadlines as follows:

|  | **Current Deadline:** | **Proposed Deadline:** |
|---|---|---|
| Deadline to respond to Class Action Complaint | 4/19/2024 | 5/3/2024 |

Dated: April 16, 2024

JULIE A. TOTTEN
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Julie A. Totten*
JULIE A. TOTTEN
ARAVIND SWAMINATHAN
Attorneys for Defendant
Zillow Group Inc.

Dated: April 16, 2024

RACHEL E. KAUFMAN
KAUFMAN P.A.


By: */s/ Rachel E. Kaufman* (signed by Julie A. Totten with the permission of Rachel E. Kaufman)
RACHEL E. KAUFMAN
Attorneys for Plaintiff
Richard Tuso

## ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: April 16, 2024 By: /s/ Julie A. Totten
Julie A. Totten

## **ORDER**

This is the eighth request to extend the deadline to respond to the complaint in this case, which was filed on May 22, 2023. In order to ensure no further extensions are necessary, and in response to the stipulation and on its own motion, IT IS HEREBY ORDERED that Defendant answer or otherwise respond to Plaintiff's Class Action Complaint no later than May 31, 2024. The parties are advised that any further requests for an extension of time will require a noticed motion establishing good cause, with compelling circumstances shown.

Dated: April 16, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE